# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Annie Smith,
On Behalf of:
Alfred T. Thomas (minor)

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                             3:07-cv-371

The United States of America, et al,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/7/2008 Order.

Signed: February 7, 2008

Frank G. Johns, Clerk
United States District Court